UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Knight First Amendment Institute at Columbia University, American Civil Liberties Union <br><br> -v- <br><br> Department of State, et al | Plaintiff, <br><br><br><br><br><br> Defendant. |

Case No. 1:20-cv-04911

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Knight First Amendment Institute at Columbia University (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None.

**Date:** June 26, 2020

*[Signature]*

**Signature of Attorney**

**Attorney Bar Code:** JM-9049

Form Rule7_1.pdf   SDNY Web 10/2007