UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────

KNIGHT FIRST AMENDMENT INSTITUTE AT
COLUMBIA UNIVERSITY AND AMERICAN         20-cv-04911 (JGK)
CIVIL LIBERTIES UNION,
                                         ORDER
                Plaintiffs,

        - against -

DEPARTMENT OF STATE, ET AL.,

                Defendant.
───────────────────────────────────────

JOHN G. KOELTL, District Judge:

    The parties are instructed to file a Rule 26(f) report by October 2, 2020.

SO ORDERED.

Dated:   New York, New York
         September 18, 2020

                              /s/ John G. Koeltl
                               John G. Koeltl
                         United States District Judge