UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
...................................................................x

KNIGHT FIRST AMENDMENT INSTITUTE
AT COLUMBIA UNIVERSITY *et al.*,

                Plaintiffs,

v.                             20 Civ. 4911 (JGK)

DEPARTMENT OF STATE *et al.*,

                Defendants.
...................................................................x

## STIPULATION AND ORDER OF DISMISSAL
## OF DEFENDANT UNITED STATES DEPARTMENT OF THE NAVY

WHEREAS Plaintiffs the Knight First Amendment Institute at Columbia University and the American Civil Liberties Union ("Plaintiffs") submitted a Freedom of Information Act ("FOIA") request to multiple agencies on or about January 27, 2020, seeking records relating to the prepublication review of certain identified publications or media appearances by 25 former government officials;

WHEREAS Plaintiffs filed this action against Defendants, including the United States Department of the Navy (the "Navy"), on June 26, 2020, seeking to compel production of the records sought in their FOIA request;

WHEREAS Plaintiffs allege in their Complaint that the FOIA request was submitted to the Navy;

WHEREAS Defendants filed an Answer on August 2, 2020, in which the Navy averred that it has no record of receiving the FOIA request; and

WHEREAS the Navy has nevertheless conducted a search for records responsive to the FOIA request and identified no responsive records,

IT IS HEREBY STIPULATED AND AGREED by Plaintiffs and Defendants that all claims against the Navy shall be dismissed with prejudice, and without fees or costs, pursuant to Fed. R. Civ. P. 41(a).

Dated: December 3, 2020
      New York, New York

                              AUDREY STRAUSS
                              Acting United States Attorney for the
                              Southern District of New York

By:    *Sarah S. Normand*
       SARAH S. NORMAND
       Assistant United States Attorney
       86 Chambers Street, Third Floor
       New York, New York 10007
       Telephone: (212) 637-2709
       Sarah.Normand@usdoj.gov

       WACHTELL, LIPTON, ROSEN & KATZ

By:    *Jonathan M. Moses*
       JONATHAN M. MOSES
       51 West 52nd St.
       New York, New York 10019
       Telephone: (212) 403-1000
       JMMoses@wlrk.com

SO ORDERED.

_/s/ John G. Koeltl_
Hon. John G. Koeltl, U.S.D.J.

12/4/20