

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

March 7, 2022

**BY ECF**
The Honorable John G. Koeltl
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

        *Knight First Amendment Inst. et al. v. Dep't of State et al.*,
        No. 20 Civ. 4911 (JGK)

Dear Judge Koeltl:

      We write respectfully on behalf of the parties in the above-referenced Freedom of Information Act ("FOIA") case to provide the Court with a status report with regard to the remaining defendants' processing of plaintiffs' FOIA request.

      As the parties reported in their last status report (ECF No. 57), all of the defendant agencies have completed their responses to the FOIA requests they received, with the exception of the Federal Bureau of Investigation ("FBI"), which was still awaiting responses to outstanding requests to other agencies for consultation. FBI has since received responses to all but one of its consultation requests, and expects to make a further production to plaintiff on or about March 14, 2022. Once the FBI completes its productions, the parties will meet and confer to determine whether any issues remain to be litigated.

      The parties respectfully suggest that they provide a further status report within 60 days, or by May 6, 2022.

      We thank the Court for its consideration of this letter.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

---

Application granted.

SO ORDERED.

March 8, 2022     /s/ John G. Koeltl
New York, NY      _____
                          John G. Koeltl, U.S.D.J.

2

        By: /s/ *Sarah S. Normand*
            SARAH S. NORMAND
            Tel.: (212) 637-2709
            Sarah.Normand@usdoj.gov

            *Counsel for Defendants*

            WACHTELL, LIPTON, ROSEN & KATZ

        By: /s/ *Jonathan M. Moses*
            JONATHAN M. MOSES
            Tel: (212) 403-1000
            JMMoses@wlrk.com

            *Counsel for Plaintiffs*