

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

May 5, 2022

**BY ECF**
The Honorable John G. Koeltl
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

APPLICATION GRANTED
SO ORDERED

/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
5/6/22

*Knight First Amendment Inst. et al. v. Dep't of State et al.,*
No. 20 Civ. 4911 (JGK)

Dear Judge Koeltl:

  We write respectfully on behalf of the parties in the above-referenced Freedom of Information Act ("FOIA") case to provide the Court with a status report. Since the parties' last status report (ECF No. 59), the Federal Bureau of Investigation ("FBI") has received a response to the last pending request for consultation, and the FBI provided its final response to plaintiff's FOIA request on May 5, 2022. All of the defendant agencies have now completed their responses to plaintiff's FOIA requests.

  The parties intend to meet and confer over the next 60 days to determine whether any issues remain to be litigated. The parties respectfully propose to provide a further status report on or before July 5, 2022.

  We thank the Court for its consideration of this letter.

            Respectfully submitted,

            DAMIAN WILLIAMS
            United States Attorney for the
            Southern District of New York

          By: */s/ Sarah S. Normand*
            SARAH S. NORMAND
            Tel.: (212) 637-2709
            Sarah.Normand@usdoj.gov
            *Counsel for Defendants*

WACHTELL, LIPTON, ROSEN & KATZ

By: /s/ *Jonathan M. Moses*
JONATHAN M. MOSES
Tel: (212) 403-1000
JMMoses@wlrk.com
*Counsel for Plaintiffs*