

U.S. Department of Justice

*United States Attorney
Southern District of New York*

---

*86 Chambers Street, 3rd floor
New York, New York 10007*

July 5, 2022

**BY ECF**
The Honorable John G. Koeltl
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

       *Knight First Amendment Inst. et al. v. Dep't of State et al.*,
       No. 20 Civ. 4911 (JGK)

Dear Judge Koeltl:

    We write respectfully on behalf of the parties in the above-referenced Freedom of Information Act ("FOIA") case to provide the Court with a status report. As reported in the parties' last status report, all remaining defendant agencies had completed their responses to plaintiff's FOIA requests as of May 2022. The parties have since met and conferred and are pleased to report that there are no issues that require litigation. The parties therefore respectfully request that the Court enter the proposed Stipulation and Order of Dismissal enclosed herewith.

    We thank the Court for its consideration of this request.

                              Respectfully submitted,

                              DAMIAN WILLIAMS
                              United States Attorney for the
                              Southern District of New York

                         By:  /s/ *Sarah S. Normand*
                              SARAH S. NORMAND
                              Tel.: (212) 637-2709
                              Sarah.Normand@usdoj.gov
                              *Counsel for Defendants*

WACHTELL, LIPTON, ROSEN & KATZ

By: /s/ *Jonathan M. Moses*
JONATHAN M. MOSES
Tel: (212) 403-1000
JMMoses@wlrk.com
*Counsel for Plaintiffs*

Encl.