UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
...........................................................................x

KNIGHT FIRST AMENDMENT INSTITUTE
AT COLUMBIA UNIVERSITY *et al.*,

                Plaintiffs,

v.                                 20 Civ. 4911 (JGK)

DEPARTMENT OF STATE *et al.*,

                Defendants.

...........................................................................x

## STIPULATION AND ORDER OF DISMISSAL

WHEREAS plaintiffs the Knight First Amendment Institute at Columbia University and the American Civil Liberties Union ("Plaintiffs") submitted a Freedom of Information Act ("FOIA") request to multiple agencies on or about January 27, 2020, seeking records relating to the prepublication review of certain identified publications or media appearances by 25 former government officials;

WHEREAS Plaintiffs filed this action against the defendant agencies on June 26, 2020, seeking to compel production of the records sought in their FOIA request;

WHEREAS Plaintiffs have previously dismissed their claims against the Departments of the Army, Navy, and Air Force and the Department of Justice's Office of Information Policy;

WHEREAS the remaining defendants, the Department of State, Office of the Director of National Intelligence, Central Intelligence Agency, National Security Agency, and Federal Bureau of Investigation, have completed their responses to Plaintiffs' FOIA request (collectively, "Defendants"); and

WHEREAS Plaintiffs and Defendants agree that no further issues remain to be litigated,

IT IS HEREBY STIPULATED AND AGREED by Plaintiffs and Defendants that all remaining claims in this action shall be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a).

Dated: July 5, 2022
      New York, New York

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____
SARAH S. NORMAND
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2709
Sarah.Normand@usdoj.gov
*Counsel for Defendants*

WACHTELL, LIPTON, ROSEN & KATZ

By: _____
JONATHAN M. MOSES
51 West 52nd St.
New York, New York 10019
Telephone: (212) 403-1000
JMMoses@wlrk.com
*Counsel for Plaintiffs*

SO ORDERED.

_____
Hon. John G. Koeltl, U.S.D.J.

7/6/22

The Clerk is directed to close this case.
So ordered.

/s/ J.G. Koeltl
U.S.D.J.
7/6/22